**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES RUTHERFORD**, | Case No.: ED CV 20-375-DMG (SHKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **BIG DOG ENTERPRISES,** et al., | |
| Defendants. | |

The Court having granted Plaintiff James Rutherford's motion for default judgment by Order dated July 6, 2020 [Doc. # 31],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Big Dog Enterprises, MPNR Properties, LLC, and Farsai's LLC.  Defendants shall pay Plaintiff $4,607 (consisting of $4,000 in statutory damages and $607 in litigation costs) and provide ADA-compliant and wheelchair-accessible parking spaces, routes of access, restrooms, and service counters at Outpost Cafe, located at 8685 US Highway 395, Oak Hills, California 92344.

DATED: July 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE